1

2

3                         **UNITED STATES DISTRICT COURT**

4                              **DISTRICT OF NEVADA**

5    UNITED STATES OF AMERICA,

6                    Plaintiff,                          Case No. 2:19-mj-00394-NJK

     vs.
7                                                        ORDER

     JUSTIN LEE TRIPP,
8                                                        (Docket Nos. 13, 17)
                    Defendant.
9

10          While represented by counsel, Defendant Justin Lee Tripp filed a *pro se* motion for Court

11   to rule on motion to compel and a *pro se* motion for *in camera* review of e-mails.  Docket Nos.

12   13, 17.  A party who is represented by counsel "cannot while so represented appear or act in the

13   case."  LR IA 11-6(a).

14          Accordingly,

15          Defendant's *pro se* filings, Docket Nos. 13 and 17, shall be **STRICKEN** from the docket.

16          IT IS SO ORDERED.

17          DATED: January 15, 2020.

18

19                                          _____
                                            NANCY J. KOPPE
20                                          UNITED STATES MAGISTRATE JUDGE

21

22

23