# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>vs.<br><br>JUSTIN LEE TRIPP,<br><br>            Defendant. | Case No. 2:19-mj-00394-NJK<br><br>ORDER<br><br>(Docket Nos. 24, 25) |

While represented by counsel, Defendant Justin Lee Tripp filed *pro se* documents with the Court.  Docket Nos. 24, 25.  A party who is represented by counsel "cannot while so represented appear or act in the case."  LR IA 11-6(a).

Accordingly,

Defendant's *pro se* filings, Docket Nos. 24 and 25, shall be **STRICKEN** from the docket.

IT IS SO ORDERED.

DATED: January 22, 2020.

                                                                                          
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE