# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-00237-APG-DJA |
| Plaintiff | **Order** |
| v. | |
| JUSTIN LEE TRIPP, | |
| Defendant | |

I ORDER that by October 20, 2020, the United States of America shall file a response to defendant Justin Tripp's emergency motion to consider release for the purpose of visiting his dying mother (ECF No. 72).

DATED this 15th day of October, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE