RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for Justin Lee Tripp

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>JUSTIN LEE TRIPP,<br><br>         Defendant. | Case No. 2:20-cr-00237-APG-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for Justin Lee Tripp, that the Sentencing Hearing currently scheduled on February 17, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner (60) sixty days.

This Stipulation is entered into for the following reasons:

1.   Mr. Tripp is considered high-risk for serious illness or death if he contracts COVID-19 based on an underlying health condition. While in custody at Nevada Southern

Detention Center (NSDC), he has been housed in the high-risk unit. This unit alone has never had an outbreak of COVID-19 during the course of the pandemic.

2. The BOP has begun administering the vaccines to inmates. As of this filing, Nevada Southern Detention Center has not yet begun administering the vaccine.

3. Mr. Tripp requests that the Court delay his sentencing by 60 days to allow BOP to continue its vaccine program and in the hope that he personally will be vaccinated before being transferred to a BOP facility and risking infection.

4. The defendant is in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this 26th day of January, 2021.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
|   |   |
| /s/ Kathryn C. Newman<br>By_____<br>KATHRYN C. NEWMAN<br>Assistant Federal Public Defender | /s/ Kimberly M. Frayn<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>JUSTIN LEE TRIPP,<br><br>             Defendant. | Case No. 2:20-cr-00237-APG-DJA<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, February 17, 2021 at 2:30 p.m., be vacated and continued to April 28, 2021 at the hour of 2:00 p.m. in Courtroom 6C.

   DATED this 26th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE

3