JACQUELINE TIRINNANZI, ESQ.
Nevada Bar No. 13266
jt@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
1070 West Horizon Ridge Pkwy., Suite 202
Henderson, Nevada 89012
Telephone: 702.463.9074

*Attorney for Justin Lee Tripp*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN LEE TRIPP,<br><br>Defendant. | CASE NO.: 2:20-cr-00237-APG-DJA-1<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE TO SUPPLEMENT COMPASSIONATE RELEASE**<br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by Jacqueline Tirinnanzi., counsel for Justin Lee Tripp, and Kimberly Frayn., counsel for the United States of America, that the deadline on which defendant must file his supplement in support of compassionate release ordered due on June 6, 2022, (ECF No. 107), be extended 45 days to date on or before July 21, 2021.

This stipulation is entered into based upon the following reasons:

1. On March 17, 2022, defendant filed a pro se motion for compassionate release. ECF No. 102.

2. Counsel for defendant was appointed to Mr. Tripp to supplement his motion for compassionate release (or file notice that no supplement is needed) on April 5, 2022.

3. This Court issued an order requiring that counsel must either file a supplement to the motion for compassionate release (or file a notice that no supplement is needed) on or

Page 1 of 4

before June 6, 2022. (ECF No. 107)

4. Counsel is having difficulties reaching Mr. Tripp at FCI Herlong where he is housed. Counsel has reached out to defendant's unit counselor for weeks, without any reply, and finally established contact with the counselor on May 31, 2022. Due to an ongoing lockdown, counsel for defendant was told the soonest she may reach Mr. Tripp for a phone call is the week of June 6-10, 2022.

5. Counsel needs to speak to defendant before she can meaningfully determine whether a supplement in support of compassionate release is appropriate.

6. Counsel agree that United States of America will have 14 days to submit their reply.

7. The parties agree to the extension of time.

8. This is the first request for extension of time.

Dated this 3rd day of June 2022.

                                             */s/ Jacqueline Tirinnanzi*_____
                                             JACQUELINE TIRINNANZI, ESQ.
                                             Nevada Bar No. 12366
                                             1070 W. Horizon Ridge Parkway Suite 202
                                             Henderson, Nevada 89012
                                             Telephone: 702.463.9074

KATHLEEN BLISS LAW PLLC
1070 W. HORIZON RIDGE PKWY., SUITE 202
HENDERSON, NEVADA 89012
TEL 702.793.4202

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JUSTIN LEE TRIPP,<br><br>    Defendant. | CASE NO.: 2:20-cr-00237-APG-DJA-1<br><br>**ORDER** |

Based upon the stipulation of counsel, and good appearing, IT IS HEREBY ORDERED that defendant's supplement in support of compassionate release shall be due on or before July 21, 2022.

DATED: June 6, 2022

_____
THE HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Page 3 of 4