JACQUELINE TIRINNANZI, ESQ.
Nevada Bar No. 13266
kb@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
1070 West Horizon Ridge Pkwy., Suite 202
Henderson, Nevada 89012
Telephone: 702.463.9074

*Attorney for Justin Lee Tripp*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:20-cr-00237-APG-DJA-1 |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE TO SUPPLEMENT MOTION FOR COMPASSIONATE RELEASE (Second Request)** |
| vs. | |
| JUSTIN LEE TRIPP, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by Jacqueline Tirinnanzi, counsel for Justin Lee Tripp, and Kimberly Frayn., counsel for the United States of America, that the deadline on which defendant must file his supplement in support of compassionate release ordered due on July 21, 2022, (ECF No. 109), be extended 30 days to date on or before August 20, 2022.

This stipulation is entered into based upon the following reasons:

1. On March 17, 2022, defendant filed a pro se motion for compassionate release. ECF No. 102.

2. Counsel for defendant was appointed to Mr. Tripp to supplement his motion for compassionate release (or file notice that no supplement is needed) on April 5, 2022.

3. This Court issued an order requiring that counsel must either file a supplement to the motion for compassionate release (or file a notice that no supplement is needed) on or

KATHLEEN BLISS LAW PLLC
1070 W. HORIZON RIDGE PKWY., SUITE 202
HENDERSON, NEVADA 89012
TEL 702.793.4202

before June 6, 2022. (ECF No. 107)

4. Counsel was having difficulty reaching Mr. Tripp for weeks at FCI Herlong where he has been housed. Due to an ongoing lockdown, counsel for defendant was told the soonest she would reach Mr. Tripp for a phone call was the week of June 6-10, 2022. Counsel required the opportunity to speak with defendant before she could meaningfully determine whether a supplement in support of compassionate release was appropriate (necessitating the first extension). Counsel has since been in contact with Mr. Tripp.

5. Mr. Tripp recently informed counsel of circumstances related to his health condition occurring through June 2022. Counsel obtained the most recent documentation expected to reflect this additional development as of July 18, 2022, but requires additional time to evaluate the abovementioned issue in relation to the supplement, including to confer with defendant.

6. Counsel agree that United States of America will have 14 days to submit their response.

7. The parties agree to the extension of time.

8. This is the second request for extension of time.


Dated this 21st day of July 2022.


                                          /s/ Jacqueline Tirinnanzi_____
                                          JACQUELINE TIRINNANZI, ESQ.
                                          Nevada Bar No. 12366
                                          1070 W. Horizon Ridge Parkway Suite 202
                                          Henderson, Nevada 89012
                                          Telephone: 702.463.9074

**KATHLEEN BLISS LAW PLLC**
1070 W. HORIZON RIDGE PKWY., SUITE 202
HENDERSON, NEVADA 89012
TEL.702.793.4202

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:20-cr-00237-APG-DJA-1 |
| Plaintiff, | **ORDER** |
| vs. | |
| JUSTIN LEE TRIPP, | |
| Defendant. | |

Based upon the stipulation of counsel, and good appearing, IT IS HEREBY ORDERED that defendant's supplement in support of compassionate release shall be due on or before August 20, 2022.

DATED: July 27, 2022 _____

_____
THE HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

**KATHLEEN BLISS LAW PLLC**
1070 W. HORIZON RIDGE PKWY., SUITE 202
HENDERSON, NEVADA 89012
TEL 702.793.4202