UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JUSTIN LEE TRIPP,<br><br>    Defendant. | CASE NO.: 2:20-cr-00237-APG-DJA-1<br><br>**ORDER** |

Based upon the stipulation of counsel, and good appearing, IT IS HEREBY ORDERED that defendant's supplement in support of compassionate release shall be due on or before October 4, 2022.

DATED: August 22, 2022

_____
THE HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE