JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336/Fax: (702) 388-6418
Kimberly.Frayn@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUSTIN LEE TRIPP,<br><br>　　　　Defendant. | Case No. 2:20-cr-00237-APG-DJA<br><br>**Stipulation To Continue Government's Deadline To File A Response To Defendant's Motion and Motion Supplement for Compassionate Release (ECF No. 102 and 114 )**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Jacqueline Tirinnanzi, counsel for Justin Lee Tripp, that the government's time to respond to the defendant's Motion and Motion Supplement for Compassionate Release (ECF No. 102 and 114) shall be extended to and including October 31, 2022, for the following reasons:

1. In March 2022, defendant filed a *pro se* motion for compassionate release. ECF No. 102. In it, Tripp raised a multitude of reasons he believed early release from custody is warranted. On October 4, 2022, the defense counsel filed a supplement to the motion, along with about 89 pages of exhibits. ECF No. 114 and 115.

2. The parties had already agreed that the government would have 14 days to file a response (ECF No. 112, ¶ 7), which would have made the government's response due on or about October 18, 2022. However, in addition to the defendant's filings (ECF No. 102, 114 and 115), the government received more than 225 pages of defendant's medical records on October 6, 2022.

3. Counsel for the government is out of the district on October 7, and from October 20 through October 26, 2022.

4. Accordingly, more time than initially agreed upon is needed for the government to review the pleadings and other relevant records, conduct any necessary follow up investigation, and to research and draft an appropriate response.

5. The defendant is in BOP custody and does not object to the government's request. The parties agree to the extension of time.

6. This is the fourth request to extend the filing deadlines relating to the defendant's compassionate release request, but it is the government's first extension lengthening its time to file a responsive pleading. The parties have agreed that the government shall have up to and including October 31, 2022, in which to file its

2

response. The additional time requested herein is not sought for purposes of delay, but merely to allow the government sufficient time to file its response.

DATED this 7th day of October, 2022.

JASON M. FRIERSON
United States Attorney

By _/s/ Jacqueline Tirinnanzi_
JACQUELINE TIRINNANZI, ESQ.
Counsel for Justin Tripp

_/s/ Kimberly M. Frayn_
By_____
KIMBERLY M. FRAYN
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>JUSTIN LEE TRIPP,<br><br>   Defendant. | Case No. 2:20-cr-00237-APG-DJA<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. In March 2022, defendant filed a *pro se* motion for compassionate release. ECF No. 102. In it, Tripp raised a multitude of reasons he believed early release from custody is warranted. On October 4, 2022, the defense counsel filed a supplement to the motion, along with about 89 pages of exhibits. ECF No. 114 and 115.

2. The parties had already agreed that the government would have 14 days to file a response (ECF No. 112, ¶ 7), which would have made the government's response due on or about October 18, 2022. However, in addition to the defendant's filings (ECF No. 102, 114 and 115), the government received more than 225 pages of defendant's medical records on October 6, 2022.

3. Counsel for the government is out of the district on October 7, and from October 20 through October 26, 2022.

4

4. Accordingly, more time than initially agreed upon is needed for the government to review the pleadings and other relevant records, conduct any necessary follow up investigation, and to research and draft an appropriate response.

5. The defendant is in BOP custody and does not object to the government's request. The parties agree to the extension of time.

6. This is the fourth request to extend the filing deadlines relating to the defendant's compassionate release request, but it is the government's first extension lengthening its time to file a responsive pleading. The parties have agreed that the government shall have up to and including October 31, 2022, in which to file its response. The additional time requested herein is not sought for purposes of delay, but merely to allow the government sufficient time to file its response.

## **ORDER**

THEREFORE, IT IS HEREBY ORDERED that the government shall have up to and including October 31, 2022, in which to file its response to the Defendant's motion and motion supplement for compassionate release (ECF No. 102, 114, and 115).

DATED this __10th__ day of October 2022.

_____
HONORABLE ANDREW P. GORDON
United States District Judge