JACQUELINE TIRINNANZI, ESQ.
Nevada Bar No. 13266
jt@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
1070 West Horizon Ridge Pkwy., Suite 202
Henderson, Nevada 89012
Telephone: 702.463.9074

*Attorney for Justin Lee Tripp*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN LEE TRIPP,<br><br>Defendant. | CASE NO.: 2:20-cr-00237-APG-DJA-1<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE TO FILE REPLY TO TRIPP'S COMPASSIONATE RELEASE**<br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by Jacqueline Tirinnanzi, counsel for Justin Lee Tripp, and Kimberly Frayn, counsel for the United States of America, that the current December 7, 2022 deadline on which defendant must file his Reply to the Government's Response to Defendant's Motion and Motion Supplement for Compassionate Release, be extended 7 days to on or before December 14, 2022, for the following reasons:

This stipulation is entered into based upon the following reasons:

1. In March 2022, defendant filed a pro se motion for compassionate release, addressing numerous potential bases for the request. ECF No. 102.

2. Initially, counsel was having difficulty reaching Mr. Tripp at FCI Herlong (due to on and off lockdowns) and required the opportunity to speak with defendant before she could meaningfully determine whether a supplement in support of compassionate

release was appropriate. Additional extensions were required for purposes of awaiting receipt of documentation relevant or potentially relevant in support of the motion.

3. Defense counsel filed the supplement to Mr. Tripp's Motion for Compassionate Release (ECF No. 102) on October 4, 2022. ECF No. 114.

4. Upon the agreement of the parties, the government was allotted until November 30, 2022, to file their response. ECF No. 121. The government filed its response on November 30, 2022, which including exhibits, contains 88 pages of materials. ECF No. 123.

5. Defendant's reply is currently due December 7, 2022. ECF No. 123. At this time, defense counsel requires an additional seven days to file its reply, due to other competing deadlines and obligations, especially given the amount of material covered in the government's response.

6. The parties agree to the extension of time. Mr. Tripp is in BOP custody and does not object to the extension.

7. This is the first request for extension of time to file Mr. Tripp's reply.

8. The additional time requested herein is not sought for purposes of delay, but merely to allow Mr. Tripp sufficient time to file his reply.

Dated this 7th day of December 2022.

                                                   */s/ Jacqueline Tirinnanzi*
                                                   Jacqueline Tirinnanzi
                                                   *Counsel for Justin Lee Tripp*

                                                   */s/ Kimberly Frayn*
                                                   Kimberly Frayn
                                                   Assistant United States Attorney

KATHLEEN BLISS LAW PLLC
1070 W. HORIZON RIDGE PKWY., SUITE 202
HENDERSON, NEVADA 89012
TEL 702.793.4202

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JUSTIN LEE TRIPP,<br><br>　　　　Defendant. | CASE NO.: 2:20-cr-00237-APG-DJA-1<br><br>**ORDER** |

Based upon the stipulation of counsel, and good cause appearing, IT IS HEREBY ORDERED that Defendant's Reply to the Government's Response to Defendant's Motion and Motion Supplement for Compassionate Release shall be due on or before December 14, 2022.

DATED: December 8, 2022

_____
THE HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE